ACCEPTED
04-14-00563-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/7/2015 10:20:00 AM
KEITH HOTTLE
CLERK



FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/7/2015 10:20:00 AM
KEITH E. HOTTLE
Clerk

## Bexar County Appellate Public Defender's Office

Paul Elizondo Tower ♦ 101 W. Nueva St., Suite 310 ♦ San Antonio, TX 78205
Phone: (210) 335-0701 ♦ Fax: (210) 335-0707

May 6, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

   Re: Richard H. Varela v. State of Texas
     Appeal No. 04-14-00563-CR
     Cause No. 354648

To the Honorable Court of Appeals:

Pursuant to TEX. R. APP. P. 48.4 (West 2015), I hereby certify that I have *attempted to notify* the Appellant, Richard H. Varela, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Varela. The notification was sent by certified mail, return receipt requested. However, the letter to Mr. Arellano at his last known address, C/O Sean Chavez, 3010 Monte Vista Blvd. NE, Albuquerque, New Mexico 87106, has not been claimed, and no return receipt has been delivered to this office. See attached proof of mailing. The undersigned attorney supplies the Court with the following information about this case:

   Appellate attorney:  Michael D. Robbins (SBN 16984600).
   Date of Opinion and Judgment:  April 22, 2015.
   Date notification mailed to Appellant: April 22, 2015.
   Certified mail number: 7014 2120 0001 0627 1600.
   Date return receipt received by the undersigned attorney: N/A.

        Sincerely yours,

        /s/ Michael D. Robbins

        MICHAEL D. ROBBINS
        Assistant Public Defender

Attachment
/mdr

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | | |
|---|---|---|
| 7100 | Postage | $ |
| | Certified Fee | |
| | Return Receipt Fee (Endorsement Required) | |
| | Restricted Delivery Fee (Endorsement Required) | |
| | Total Postage & Fees | $ |

Postmark Here

APR APR 2 2015
SAN ANTONIO, TX.

Sent To Mr. Richard H. Varela (#493386)
Street & Apt. No., or PO Box No. 3010 Monte Vista Blvd. NE
City, State, ZIP+4 Albuquerque, NM 87106

PS Form 3800, July 2014          See Reverse for Instructions